UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCCO E GIORDANO, and FADED ROYALTY, INC.

          Plaintiff,

v.

NIKE, INC., NIKE USA INC.
MIKE POKUTYLOWICZ,
STRUGGLE INC.,
CODY HUDSON, MICHAEL JORDAN, JOHN Doe 1-10, JANE DOE 1-10, and JOHN DOE CORP 1-10.

          Defendants.

Case No.: 20-cv-04975-AT

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL, Plaintiff Hereby dismisses Defendants MICHAEL JORDAN and MIKE POKUTYLOWICZ from this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Each party will bear their own fees and costs.

Dated: September 11, 2020

Respectfully submitted:

By: /s/ Abraham Hamra, Esq.
    Abraham Hamra
    Anthony, Portesy, Esq.
    HAMRA LAW GROUP P.C.
    32 Broadway Street, Suite 1818
    New York, NY 1004
    (646) 590-0571
    (646) 619-4012 (fax)
    Ahamra@hamralawgroup.com
    Aportesy@hamralawgroup.com

The Clerk of Court is directed to terminate Michael Jordan and Mike Pokutylowicz from this case.

SO ORDERED.

Dated: September 14, 2020
       New York, New York

Michael D. Steger
Law Offices of Michael D. Steger, PC
30 Ramland Road, Suite 201
Orangeburg, NY 10962
(646) 517-0600
(845) 638-2707 (fax)
mstegr@steger-law.com
Attorneys for Plaintiff

_____
ANALISA TORRES
United States District Judge

1