UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCCO E GIORDANO, and FADED ROYALTY, INC.,

                      Plaintiffs,

-against-

NIKE, INC., NIKE USA INC., STRUGGLE INC., CODY HUDSON, JOHN Doe 1-10, JANE DOE 1-10, and JOHN DOE CORP 1-10,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/15/2020_

20 Civ. 4975 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial pretrial conference scheduled for **September 21, 2020**, at **11:20 a.m.** will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, it is ORDERED that at 11:20 a.m. on September 21, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

      SO ORDERED.

Dated: September 15, 2020
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge